**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00896-CV

### IN RE ASSOCIATED TRUSS COMPANY, Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-14-06332-A**

## ORDER

Before the Court is relator's petition for writ of mandamus. We request that the real

parties in interest and respondent file their responses, if any, to the petition **by October 5, 2018.**

/s/     ADA BROWN
        JUSTICE